1  Amanda L. Groves (SBN: 187216)
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA 94111-5894
3  Telephone:   415-591-1000
   Facsimile:   415-591-1400
4  Email: agroves@winston.com

5  Attorneys for Defendant
   CAPGEMINI U.S. LLC f/k/a/ CAP GEMINI ERNST & YOUNG U.S. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE, ) Case No. C 07 1565 PJH
                                              )
            Plaintiff,                        ) CERTIFICATION OF INTERESTED
                                              ) ENTITIES OR PARTIES
     vs.                                      )
                                              )
CAP GEMINI ERNST & YOUNG U.S. LLC,            )
                                              )
            Defendant.                        )

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1
Certification of Interested Parties

SF:156653.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Capgemini U.S. LLC states that it is a limited liability company. Its members are Capgemini America Inc., a New Jersey Corporation (94.7%), and Capgemini Holding Inc., a Delaware Corporation (5.3%). Capgemini America, Inc. is owned 100% by Capgemini North America, Inc., a Delaware Corporation. Capgemini Holding Inc. is owned 100% by Capgemini America, Inc. Capgemini North America, Inc. is owned 100% by Cap Gemini S.A., a French public company (traded on the Paris Stock Exchange).

Dated: March 19, 2007

WINSTON & STRAWN LLP

By: *Amanda L. Groves*
Amanda L. Groves
Attorneys for Defendant
CAP GEMINI ERNST & YOUNG U.S. LLC.