Amanda L. Groves (SBN: 187216)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: agroves@winston.com

Attorneys for Defendant
CAPGEMINI U.S. LLC F/K/A CAP GEMINI ERNST & YOUNG U.S. LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE, | Case No.  C 07 1565 PJH |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CAP GEMINI ERNST & YOUNG U.S. LLC, | |
| Defendant. | |

SF:156758.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On March 20, 2007, I served the within documents:

1. **NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT ON BEHALF OF DEFENDANT CAPGEMINI U.S. LLC;**
2. **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES;**
3. **CIVIL COVER SHEET;**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
5. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**
6. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
7. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; and**
8. **NOTICE OF FILING OF NOTICE OF REMOVAL (SUPERIOR COURT OF SAN FRANCISCO, STATE OF CALIFORNIA)**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below.

Monica Cruz Thornton
Jennifer J. Capabianco
Selman Breitman LLP
33 Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Tel: (310) 445-0800

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on March 20, 2007, at San Francisco, California.

*/s/ Thelma Tannis*
Thelma A. Tannis