Amanda L. Groves (SBN: 187216)
Nicole M. Norris (SBN: 222785)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: agroves@winston.com

Attorneys for Defendant
CAPGEMINI U.S. LLC f/k/a/ CAP GEMINI
ERNST & YOUNG U.S. LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE,<br><br>Plaintiff,<br><br>vs.<br><br>CAP GEMINI ERNST & YOUNG U.S. LLC,<br><br>Defendant. | Case No. C07 1565 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER FOR IMPROPER VENUE**<br><br>Date:   May 2, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS, OR ALTERNATIVELY,
TO TRANSFER FOR IMPROPER VENUE   CASE NO. C07 1565 PJH**

Having considered Defendant CAPGEMINI U.S. LLC f/k/a/ CAP GEMINI ERNST & YOUNG U.S. LLC's Motion to Dismiss, or Alternatively, to Transfer for Improper Venue and the Declaration of James Farnsworth In Support of Motion to Dismiss, or Alternatively, to Transfer for Improper Venue, and finding good cause therefore, Defendant's Motion to Dismiss, or Alternatively, to Transfer for Improper Venue is GRANTED.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice.

Dated: _____  By: _____
                                          Hon. Phyllis J. Hamilton
                                          United States District Court Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS, OR ALTERNATIVELY,
TO TRANSFER FOR IMPROPER VENUE CASE NO. C07 1565 PJH

SF:157169.1