Amanda L. Groves (SBN: 187216)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  agroves@winston.com

Attorneys for Defendant
CAPGEMINI U.S. LLC f/k/a/ CAP GEMINI ERNST & YOUNG U.S. LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE,<br><br>Plaintiff,<br><br>vs.<br><br>CAP GEMINI ERNST & YOUNG U.S. LLC,<br><br>Defendant. | Case No.  C07 1565 PJH<br><br>**DEFENDANT CAP GEMINI ERNST & YOUNG U.S. LLC'S REMOVAL SUBMISSION PER STANDING ORDER** |

Defendant Cap Gemini Ernst & Young U.S. LLC ("Capgemini") hereby submits the following information per the Court's Standing Order re Removed Cases:

1. No other defendants joined in the notice of removal, and Capgemini is the only named defendant.

2. The notice of removal, dated March 19, 2007, was filed and served less than thirty (30) days after Capgemini was served with the summons and complaint in the state court action.

3. At the time the action was removed on the grounds of diversity jurisdiction, no named defendant was a citizen of California.

4. The following is the required citizenship information re Capgemini: Capgemini is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 750 Seventh Avenue, New York, NY 10019. Its members are Capgemini America Inc., a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business located at 750 Seventh Avenue, New York, NY 10019, and Capgemini Holding Inc., a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 750 Seventh Avenue, New York, NY 10019.

Dated: March 29, 2007

WINSTON & STRAWN LLP

By: *Amanda L. Groves* (signature)
Amanda L. Groves
Attorneys for Defendant
CAP GEMINI ERNST & YOUNG U.S. LLC