UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** May 2, 2007                                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-1565 PJH

**Case Name:** Pacific Health Advantage v. CAP Gemini Ernst & Young LLC

**Attorney(s) for Plaintiff:**       Jennifer J. Capabianco
**Attorney(s) for Defendant:**    Amanda Groves

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Debra Pas

PROCEEDINGS

    Defendant's Motion to Dismiss or Alternatively to Transfer for Improper Venue-Held. The court grants the motion to transfer as stated on the record. The case will be transferred to the Southern District of New York.

**Order to be prepared by:**  [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file