## CERTIFICATE OF SERVICE

Gerald D. Silver, an attorney admitted to practice in the courts of the State of New York, hereby certifies that a true copy of the Notice of Motion, Affidavit of Gerald D. Silver with Exhibits was served on May 31, 2007 by Federal Express upon the following:

Jennifer J. Capabianco, Esq.
Monica Cruz Thornton, Esq.
Selman Breitman LLP
Attorneys for Plaintiff
33 New Montgomery, 6th Floor
San Francisco, CA 94105-4537
(310) 445-0800

Dated: New York, New York
       May 31, 2007

S/ _____
         Gerald D. Silver