UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
PACIFIC HEALTH ADVANTAGE d/b/a
PACADVANTAGE,

                            Plaintiff,

v.

CAP GEMINI ERNST & YOUNG,

                            Defendant.
---------------------------------------------------------- x

Case No. 07 Civ. 3725 (CM)

AFFIDAVIT OF GERALD D. SILVER

STATE OF NEW YORK   )
                            ) SS.:
COUNTY OF NEW YORK )

        GERALD D. SILVER, being duly sworn, deposes and says:

        1.    I am a member of Winston & Strawn LLP, attorneys for defendant Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC. I submit this affidavit in support of Capgemini's motion to dismiss the Complaint of plaintiff Pacific Health Advantage d/b/a PacAdvantage. I am fully familiar with the prior proceedings of this action.

        2.    A true and correct copy of the Complaint in this action is annexed hereto as Exhibit A.

        3.    A true and correct copy of the agreement in this action dated on or about December 19, 2002 and referenced in the Complaint is annexed hereto as Exhibit B.

                                                      /s/ Gerald D. Silver
                                                      Gerald D. Silver

Sworn to before me this
31st day of May, 2007.

/s/ Notary
Notary Public

MARITZA TORRES
Notary Public, State of New York
No. 01TO5085523
Qualified in Queens County
Commission Expires Nov. 4, 2008

NY:1113212.1