Exhibit A

11/14/2006 12:37 FAX @003/011

982.1(20)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Monica Cruz Thornton (SBN 131446)<br>Jennifer J. Capabianco (193371)<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537<br>TELEPHONE NO: (310) 445-0800  FAX NO. (Optional): (310) 473-2525<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>San Francisco County Superior Court<br>NOV 14 2006<br>GORDON PARK-LI<br>BY: Deborah Steppe<br>DEBORAH STEPPE, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street, Room 103<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102-4514<br>BRANCH NAME: | |
| PLAINTIFF: PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE | **CASE MANAGEMENT CONFERENCE SET** |
| DEFENDANT: CAP GEMINI ERNST & YOUNG   **IMAGED** | |
| [X] DOES 1 TO 10     NOV 14 2006 | APR 13 2007 -9:00 AM |
| **CONTRACT** | |
| [X] COMPLAINT   [ ] AMENDED COMPLAINT (Number): | DEPARTMENT 212 |
| [ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br>CGC-06-457879 |

1. Plaintiff* (name or names): PACIFIC HEALTH ADVANTAGE dba PAC ADVANTAGE

    alleges causes of action against defendant* (name or names): CAP GEMINI ERNST & YOUNG

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7
3. a. Each plaintiff named above is a competent adult
       [ ] except plaintiff (name):

       (1) [X] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] other (specify):

    b. [ ] Plaintiff (name):
       a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

       b. [ ] has complied with all licensing requirements as a licensed (specify):

    c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
       [ ] except defendant (name):                          [ ] except defendant (name):

       (1) [X] a business organization, form unknown         (1) [ ] a business organization, form unknown
       (2) [ ] a corporation                                 (2) [ ] a corporation
       (3) [ ] an unincorporated entity (describe):          (3) [ ] an unincorporated entity (describe):

       (4) [ ] a public entity (describe):                   (4) [ ] a public entity (describe):

       (5) [ ] other (specify):                              (5) [ ] other (specify):

**FAXED**

---
* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

| Form Approved for Optional Use<br>Judicial Council of California<br>982.1(20) (Rev. January 1, 2006) | **COMPLAINT—Contract** | Legal Solutions Plus | Page 1 of 2<br>Code of Civil Procedure, § 425.12 |

| SHORT TITLE: Pac Advantage v. Cap Gemini | CASE NUMBER: | 982.1(20) |
|---|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* __1-10__ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [X] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [X] Breach of Contract
   [ ] Common Counts
   [X] Other *(specify):* Fraud, Neligent Misrepresentation, Negligence.

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ $750,000 plus
    b. [X] interest on the damages
       (1) [X] according to proof
       (2) [ ] at the rate of *(specify):* _____ percent per year from *(date):*
    c. [X] attorney fees
       (1) [ ] of: $
       (2) [X] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 14, 2006

Monica Cruz Thornton (SBN 131446)                                  ▶ /s/ [signature]
        (TYPE OR PRINT NAME)                                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)
                    *(If you wish to verify this pleading, affix a verification.)*

982.1(20) (Rev. January 1, 2006)                 COMPLAINT—Contract                                   Page 2 of 2

SHORT TITLE: Pac Advantage v. Cap Gemini

CASE NUMBER:

__FIRST__  CAUSE OF ACTION - Breach of Contract    Page __3__
 (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: PAC ADVANTAGE

alleges that on or about *(date)*:
a [X] written  [ ] oral  [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*: Plaintiff and Cap Gemini Ernst & Young
[ ] A copy of the agreement is attached as Exhibit A, or
[X] The essential terms of the agreement [ ] are stated in Attachment BC-1 [X] are as follows *(specify)*:
On or about December 19, 2002 PacAdvantage entered into a written contract with defendant. The contract was entered into in San Francisco, CA. Pursuant to that contract defendant was to provide software implementation services to plaintiff. Plaintiff agreed to and did pay defendant monetary compensation for these services pursuant to the contract.
PacAdvantage has performed all conditions, covenants and promises required in accordance with the terms and conditions of the contract.
Defendant breached the above-referenced contract by failing to perform the acts required of it to satisfy the contract, specifically by failing to provide the services required of it under the contract.  [SEE BC-6 BELOW]

BC-2. On or about *(dates)*:
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [ ] the following acts *(specify)*:

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[X] as stated in Attachment BC-4  [ ] as follows *(specify)*:
As stated above.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[X] according to proof.

BC-6. [X] Other: ATTACHMENT TO BC-1 (continued)
As a result of defendant's breach of the above contract, plaintiff has been damaged in an amount that is not yet certain but which is not less from $750,000. Plaintiff will seek leave of court to amend the complaint to reflect the amount of such damages when the amount of such damages is more specifically ascertained.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(21)
Optional Form

CAUSE OF ACTION - Breach of Contract



CCP 425.12

| SHORT TITLE: Pac Advantage v. Cap Gemini | CASE NUMBER: |
|---|---|

___SECOND___ CAUSE OF ACTION - Fraud       Page ___4___
(number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: PAC ADVANTAGE

alleges that defendant *(name)*: CAP GEMINI ERNST & YOUNG

on or about *(date)*: In and about 12/19/02 and on defrauded plaintiff as follows:

FR-2. ☒ **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact ☐ as stated in Attachment FR-2.a ☒ as follows:
Commencing on or about 12/19/02 and thereafter, defendant through its principals and agents represented that it would provide software implementation management services, provide project management services, remediation and testing of the PX2 System.

b. These representations were in fact false. The truth was ☐ as stated in Attachment FR-2.b ☒ as follows:
Defendants in fact did not provide the services noted hereinabove, failed to provide appropriate project management services, remediation and testing as represented and failed to disclose same.

c. When defendant made the representations,
☒ defendant knew they were false, or
☒ defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☒ **Concealment**
a. Defendant concealed or suppressed material facts ☐ as stated in Attachment FR-3.a ☒ as follows:
Defendants in fact did not provide the services noted hereinabove, failed to provide appropriate project management services, remediation and testing as represented and failed to disclose same.
b. Defendant concealed or suppressed material facts
☐ defendant was bound to disclose.
☐ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

(Continued)

---

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(23)
Optional Form

CAUSE OF ACTION - Fraud         Legal Solutions Plus         CCP 425.12

| SHORT TITLE: Pac Advantage v. Cap Gemini | CASE NUMBER: |
|---|---|

**SECOND** _(number)_ **CAUSE OF ACTION - Fraud (Continued)**   Page __5__

FR-4. ☐ **Promise Without Intent to Perform**
  a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

  b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
  [X] as follows: Plaintiffs were induced to and did rely on defendant's representations that project management services including remediation and testing of PX2 would be provided.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR-6 [X] as follows: Plaintiff incurred the claims of serveal healthcare providers for reimbursement of expenditures which were erroneously incurred due to defendant's aforementioned representations.

FR-7. Other:

1  ATTACHMENT                                    CASE NO. _____
2  SHORT TITLE:  PAC ADVANTAGE V. CAP GEMINI
3  FR-8:

### THIRD CAUSE OF ACTION-BREACH OF FIDUCIARY DUTY

(Against Defendant CAP GEMINI ERNST & YOUNG and DOES 1 to 10.)

Plaintiff PAC ADVANTAGE alleges that Defendant CAP GEMINI ERNST & YOUNG ("CAP GEMINI") were retained by plaintiff for consultation and services for software implementation management of a system known as PX2. As such, defendants owed plaintiff a fiduciary duty to perform the services, disclose all material facts and provide software implementation management services in connection with the PX2 System.   Defendant breached its fiduciary duty to plaintiff when it failed to properly perform the management services, remediation and testing as a representative would do and failed to disclose same. Pac Advantage relied upon defendant and defendant's expertise in this relationship for implementation of the software management of PX2 including testing thereof. It was not until November of 2003 and thereafter that Pac Advantage learned of defendant CAP GEMINI's failure to properly implement the PX2 System, testing and remediation for which it was retained and upon which PAC ADVANTAGE relied on defendant to perform. Further, defendant failed to and did not disclose its failure to properly implement management, remediation and testing of the PC2 System.

As a result of the defendant's breach of fiduciary duties plaintiff PAC ADVANTAGE has been damaged in the amount of at least $750,000 based upon claims from third party providers, and subject to proof.

6

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PAC ADVANTAGE V. CAP GEMINI ERNST & YOUNG | |

__FOURTH__       CAUSE OF ACTION - General Negligence      Page __7__
*(number)*

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: PAC ADVANTAGE

     alleges that defendant *(name)*: CAP GEMINI ERNST & YOUNG

     ☒ Does __1__ to __10__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: Date of contract
at *(place)*: And Continuing location of performance of services, San Francisco, CA
*(description of reasons for liability)*:

Defendant negligently failed to perform professional services, failed to disclose failure to perform, performance fell below the standard of care thereby being the proximate cause of damages to Pac Advantage. Plaintiff did not incur actual damages until after discovery of defendant's negligence and actual damages until on or about August of 2006 and subject to proof.

---

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)
Optional Form

**CAUSE OF ACTION - General Negligence**

Legal Solutions Plus

CCP 425.12