## CERTIFICATE OF SERVICE

  Gerald D. Silver, an attorney admitted to practice in the courts of the State of New York, hereby certifies that a true copy of Capgemini's Memorandum of Law in Support of its Motion to Dismiss the Complaint was served on May 31, 2007 by Federal Express upon the following:

  Jennifer J. Capabianco, Esq.
  Monica Cruz Thornton, Esq.
  Selman Breitman LLP
  Attorneys for Plaintiff
  33 New Montgomery, 6th Floor
  San Francisco, CA  94105-4537
  (310) 445-0800

Dated: New York, New York
   May 31, 2007

                S/ _____
                   Gerald D. Silver

NY:1113658.1