UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PACIFIC HEALTH ADVANTAGE d/b/a,
PACADVANTAGE,

                            Plaintiff,         Case No. 07 Civ. 3725 (CM)

     - against -                        **NOTICE OF APPERANCE**

CAP GEMINI ERNST & YOUNG,
                           Defendant.
-----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Plaintiff, **PACIFIC HEALTH ADVANTAGE d/b/a, PACADVANTAGE,** by their attorneys, **MARIN GOODMAN, LLP**.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 29, 2007

                                                  Respectfully submitted,

                                                  s/ Robert L. Kraselnik

                                                  Robert L. Kraselnik (RK-0684)
                                                  MARIN GOODMAN, LLP
                                                  *Attorneys for Plaintiff,*
                                                  40 Wall Street, 57th Floor
                                                  New York, New York 10005
                                                  (212) 661-1151

To:    (Via ECF)
        Gerald D. Silver
        Winston & Strawn LLP
        *Attorneys for Defendant*
        200 Park Avenue
        New York, NY 10166
        212-294-6700

F:\Legal\RLK\2227.70 Pacific Health v. Cap Gemini\NOTICE OF APPERANCE.doc