

RECEIVED JUL 06 2007 CHAMBERS OF COLLEEN McMAHON

**MARIN/GOODMAN, LLP**
*Attorneys At Law*

NEW JERSEY OFFICE
3810 ROUTE 23 NORTH
HAMBURG, NEW JERSEY 07419
TEL (973) 921-0515
FAX (973) 921-0580

WESTCHESTER OFFICE
2975 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

40 WALL STREET
FIFTY-SEVENTH FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 661-1151
FAX (212) 661-1141

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

ROBERT L. KRASELNIK,
*Associate*
RKRASELNIK@MARINGOODMAN.COM

**MEMO ENDORSED**

July 2, 2007

**VIA Fax (914) 390-4152**

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re: Pacific Health Advantage d/b/a PacAdvantage v. Cap Gemini Ernst & Young
Case No. 07 Civ. 3725 (CM)
Our File No.: 2227.70

Dear Judge McMahon:

We represent the Plaintiff, Pacific Health Advantage d/b/a PacAdvantage, in the above-referenced matter. By way of background, on March 19, 2007 this action was removed from San Francisco County Superior Court to the United States District Court, Northern District of California. The case was subsequently transferred to this Court on May 11, 2007.

On May 31, 2007, Defendant filed a Motion to Dismiss the Complaint in this Court and served the motion on Plaintiff's California counsel on the same date. We have recently been appointed as New York counsel, and have only recently received the Motion to Dismiss. We filed a Notice of Appearance on June 29, 2007, and we await receipt of California counsel's file materials.

Accordingly, we spoke with Defendant's counsel and requested an extension of time until July 31, 2007 to oppose the Motion to Dismiss. Defendant's counsel agreed, provided that Defendant's time to reply be extended to August 13, 2007, and that the initial conference currently scheduled for July 13, 2007 be adjourned. We agreed.

As a result, the parties are submitting the attached stipulation reflecting these agreed upon dates. Defendant's counsel will be sending a separate letter requesting an adjournment of the initial conference, with proposed alternative dates. We respectfully request that Your Honor

MARIN/GOODMAN, LLP
*Attorneys At Law*

July 2, 2007
Page 2 of 2

consent to the briefing schedule by so-ordering the attached stipulation.

Thank you for your attention in this matter.

Respectfully submitted,

Robert L. Kraselnik

Enc.

cc: *VIA Fax (212)294-4700*

Gerald D. Silver
*Winston & Strawn LLP*
Attorneys for Defendant
200 Park Avenue
New York, NY 10166
(212) 294-6700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC HEALTH ADVANTAGE d/b/a,
PACADVANTAGE,

                          Plaintiff,           Case No. 07 Civ 3725 (CM)

    - against -                        STIPULATION

CAP GEMINI ERNST & YOUNG,
                        Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiff **PACIFIC HEALTH ADVANTAGE d/b/a, PACADVANTAGE** to oppose the motion of Defendant **CAPGEMINI U.S. LLC**, formerly known as **CAP GEMINI ERNST & YOUNG U.S. LLC ("Capgemini")**, to Dismiss the Complaint is hereby extended to July 31, 2007. It is further stipulated that the time for Defendant **Capgemini** to serve its Reply in Support of its Motion to Dismiss the Complaint is hereby extended until August 13, 2007.

Dated: New York, New York
         June 29, 2007

Gerald D. Silver                        Robert L. Kraselnik
**Winston & Strawn LLP**                **Marin Goodman, LLP**
*Attorneys for Defendant*              *Attorneys for Plaintiff*
200 Park Avenue                     40 Wall Street, 57th Floor
New York, NY 10166              New York, New York 10005
(212) 294-6700                       (212) 661-1151

So Ordered: _____