08-12-2007  12:13pm  From-WINSTON&STRAWN   +2122944700   T-892  P 002/002  F-125

# WINSTON & STRAWN LLP

**MEMO ENDORSED**

35 WEST WACKER DRIVE
CHICAGO ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

25 GRESHAM STREET
LONDON EC2V 7NG

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO CALIFORNIA 94111-5894

1700 K STREET N.W.
WASHINGTON DC 20006-3817

GERRY SILVER
(212) 294-6827
gsilver@winston.com

**MEMO ENDORSED**

9/12/07
Your assumption is correct. No appearance is required.
[signature]

September 12, 2007

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, NY 10007

Re:   Pacific Health Advantage d/b/a PacAdvantage v. Cap Gemini Ernst
      & Young, Case No. 07 Civ. 3725 (CM)

Dear Judge McMahon:

We represent defendant in the above-referenced action. We are writing pursuant to Your Honor's Individual Practices.

On or about September 6, 2007, the Court dismissed the Complaint in this action. No claims are currently pending. Accordingly, we assume that the Initial Conference scheduled for September 14, 2007 is cancelled and that no appearance is required. However, in an abundance of caution, we respectfully request that the Court advise the parties if such assumption is incorrect and that an appearance is required.

Respectfully submitted,

[signature]

Gerald D. Silver

GDS:js

Copy to Robert Kraselnik, Esq. (By Facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

NY-1134754.1