**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

PACIFIC HEALTH ADVANTAGE d/b/a
PACADVANTAGE,

Plaintiff,

-against-

CAP GEMINI ERNST & YOUNG,
Defendant.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

07 **CIVIL** 3725 (CM)

**JUDGMENT**

Defendant having moved to dismiss the complaint for failure to state a claim upon which relief can be granted, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on September 5, 2007, having rendered its Decision and Order granting defendant's motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 5, 2007, defendant's motion to dismiss the complaint is granted.

**Dated:**  New York, New York
September 13, 2007

J. MICHAEL McMAHON

_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____